| | |
|---|---|
| 1 | William A. Delgado (Bar No. 222666) |
| 2 | wdelgado@willenken.com |
|   | Megan O'Neill (Bar No. 220147) |
| 3 | moneill@willenken.com |
| 4 | WILLENKEN WILSON LOH & DELGADO LLP |
|   | 707 Wilshire Blvd., Suite 3850 |
| 5 | Los Angeles, California 90017 |
| 6 | Telephone:  (213) 955-9240 |
|   | Facsimile:  (213) 955-9250 |
| 7 | |
| 8 | Attorneys for Defendants |
|   | NBTY, INC., NATURE'S BOUNTY, |
| 9 | INC., REXALL SUNDOWN, INC., and |
| 10 | COSTCO WHOLESALE |
|   | CORPORATION |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE PETKEVICIUS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NBTY, INC., a Delaware Corporation; NATURE'S BOUNTY, INC., a New York Corporation; REXALL SUNDOWN, INC., a Florida Corporation,<br><br>Defendants. | CASE NO.: 3:14-CV-02616-CAB-RBB<br>CASE NO.: 3:15-CV-00709-CAB-RBB<br><br>**DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERT TESTIMONY**<br><br>Date:     TBD<br>Time:    TBD<br>Judge:   Hon. Cathy Ann Bencivengo<br>Ctrm:    4C |
| TATIANA KOROLSHTEYN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and NBTY, INC.,<br><br>Defendants. | **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in connection with the motion for class certification in both of the above-referenced matters, Defendants NBTY, Inc., Nature's Bounty, Inc., Rexall Sundown, Inc., and Costco Wholesale Corporation (collectively, "Defendants") will move this Court pursuant to Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S. Ct. 2786 (1993) ("*Daubert*") for an order: excluding the expert reports of Dr. Richard P. Bazinet; prohibiting any expert testimony by Dr. Bazinet in connection with any dispositive motion or, if necessary, at the trial in this matter; excluding the expert reports of Dr. Beth E. Snitz; and prohibiting any expert testimony by Dr. Snitz in connection with any dispositive motion or, if necessary, at the trial in this matter.

The bases for this motion, which is more fully set forth in the accompanying Memorandum and are incorporated herein, are that: (1) Dr. Bazinet's and Dr. Snitz's opinions are irrelevant, insofar as they seek to disprove claims of cognitive enhancement or prevention of dementia, which Defendants do not make; (2) Dr. Bazinet's and Dr. Snitz's opinions that treatment with Ginkgo biloba is no more effective than placebo to support brain health or slow cognitive decline are unreliable because they rely on studies that do not control for compliance with treatment regimens; and (3) Dr. Bazinet's and Dr. Snitz's opinions are unreliable because they overstate the conclusions of the studies that they rely on.

In addition, Dr. Bazinet's second opinion, regarding the antioxidant properties of Ginkgo biloba should be excluded as it is not based on sufficient facts or data. As a preliminary issue, both Plaintiffs and Dr. Bazinet failed to produce complete versions of the studies relied upon by Dr. Bazinet for this opinion, as required by Federal Rule of Civil Procedure 26(a)(2)(B).  Dr. Bazinet's report does not provide sufficient data or facts regarding the quantities of antioxidants that exist in Ginkgo biloba, and Dr. Bazinet's opinions on this topic are therefore unreliable.

1     This motion is based on this Notice, the Memorandum of Points and Authorities filed herewith, NBTY's companion Opposition to Plaintiffs' Motion for Class Certification, the Declaration of William A. Delgado, the records and pleadings on file herein, any matter of which the Court may take judicial notice, and on such other evidence as may be presented in the hearing on this matter.

Dated: December 16, 2016

WILLENKEN WILSON LOH & DELGADO LLP

By: */s/William A. Delgado*
    William A. Delgado
    Attorneys for Defendants
    NBTY, Inc., Nature's Bounty, Inc.,
    Rexall Sundown, Inc., and Costco
    Wholesale Corporation

DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERT TESTIMONY    2    CASE NO.: 3:14-CV-02616-CAB-RBB
CASE NO.: 3:15-CV-00709-CAB-RBB

140750.1