William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Megan O'Neill (Bar No. 220147)
moneill@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Defendants
NBTY, INC., NATURE'S BOUNTY,
INC., and REXALL SUNDOWN, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE PETKEVICIUS, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NBTY, INC.; NATURE'S BOUNTY, INC., REXALL SUNDOWN, INC.; and DOES 1-100,<br><br>Defendants. | CASE NO.: 3:14-CV-02616-CAB-RBB<br><br>**DECLARATION OF JOSEPH LOONEY IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge:    Hon. Cathy Ann Bencivengo<br>Location: Courtroom 4C |

## DECLARATION OF JOSEPH LOONEY

I, Joseph Looney, declare:

1. I am currently employed by The Nature's Bounty Co. f/k/a NBTY, Inc. ("NBTY"). My currrent title is Chief Accounting Officer and Vice President of Finance. I make this declaration of my own personal knowledge. If I were called to testify, I could and would testify competently to the matters herein.

2. As of November 3, 2014, the date the original complaint was filed in this action, nationwide sales of The Nature's Bounty ginkgo biloba products at issue in this case well exceeded $5 million. Should the Court need to see the specific amount of revenue, Nature's Bounty will provide the exact number in a sealed declaration upon the Court's request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of February 2017, at Ronkonkoma, New York.

_/s/ Joseph Looney_
Joseph Looney